Dale K. Henry, Jr.
P. O. Box 390512
San Diego, CA 92149
Telephone: 619.294.2918
In Pro Se

FILED
APR 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY

'08 CV 0722 BTM AJB

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALE K. HENRY JR.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA and DOES 1 through 50, inclusive,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>COMPLAINT FOR MEDICAL NEGLIGENCE AND LACK OF INFORMED CONSENT |

Plaintiff DALE K. HENRY, JR. (hereinafter referred to as "Plaintiff") alleges:

**FIRST CAUSE OF ACTION**

(Medical Negligence)

1. This is an action arising under the Federal Tort Claims Act, 28 U.S.C. §§2671, et seq. This court is vested with jurisdiction pursuant to 28 U.S.C. §1346(b).

2. Defendant UNITED STATES OF AMERICA (hereinafter referred to as "USA") operates a health care facility known as the Veterans Hospital, La Jolla, California. USA, in operating the hospital, holds itself out to military personnel and their dependents to use that degree of care, skill and diligence and attention used by hospitals generally in the community in the care and treatment of patients. The hospital operated by defendant has in its employ, among others, doctors,

nurses, interns, residents, student nurses, nurses' aides and other hospital personnel over which it exercises exclusive control and supervision, with the right to employ and discharge such employees.

3.. Commencing in or about January 2003, and at all times relevant to this action, USA was consulted for the purpose of examination, diagnosis, care and treatment of Plaintiff. Commencing in or about January 2003, and at all times relevant to this action, USA undertook to do all things necessary and proper to discharge their responsibility to Plaintiff as his healthcare providers.

4. Commencing in or about September of 2003, and at all times relevant to this action, USA negligently diagnosed, treated and cared for Plaintiff in such a manner that Plaintiff was damaged as hereinafter alleged. Said negligence includes, but is not limited to, negligently performing surgery for a hydrocele and circumcision.

5. The conduct of USA fell below the applicable standard of care for the medical community.

6. As a proximate result of the acts of USA, Plaintiff has suffered physical pain, disability and mental suffering. Plaintiff is informed and believes and thereon alleges that such injuries have resulted in some permanent disability to him, all to his general damage.

7. As a proximate result of the negligence and conduct of USA, Plaintiff has incurred and will incur medical and related expenses, all to his special damage.

8. As a proximate result of the negligence and conduct of USA, Plaintiff will suffer a loss of income and loss of earning capacity, all to his special damage.

9. Plaintiff filed a claim with the Los Angeles Department of Veterans Affairs Regional Counsel which was denied on September 22, 2006. A subsequent review of the claim by the Department of Veterans Affairs, Office of the General Counsel resulted in a final denial on October 23, 2007. The rejection indicated that a suit had to be initiated within six months after the date of mailing. Thus, this complaint is timely.

**<u>SECOND CAUSE OF ACTION</u>**

(Lack of Informed Consent by Plaintiff)

10. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 9 of the First Cause of Action.

11. At all times relevant to this action, USA tortiously failed to advise, inform, or warn Plaintiff of the specific dangers, consequences and hazards involved in the care and treatment that it undertook to perform, or failed to undertake with respect to Plaintiff. Had USA informed Plaintiff of the specific dangers, consequences and hazards involved in the proposed procedures, Plaintiff would not have undergone the care and treatment. As a result, Plaintiff was subjected to the specific dangers, consequences and hazards without informed consent. As a proximate result of said conduct, he was injured as alleged herein.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows, as appropriate to each Claim alleged.

1. For general damages according to proof;
2. For medical and related expenses according to proof;
3. For loss of earnings and earning capacity according to proof;
4. For costs of suit incurred;
5. For prejudgment interest according to proof; and
6. For such other and further relief as the Court may deem proper.

Dated: April 21, 2008

Dale K. Henry, Jr.

Dale K. Henry, Jr., In Pro Se

UNITED STATES
DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150026 - MS

April 22, 2008
09:45:50

Civ Fil Non-Pris
USAO #.: 08-CV-0722-BTM
Judge..: BARRY T MOSKOWITZ
Amount.: $350.00 CK
Check#.: BC1265

Total-> $350.00

FROM: DALE K. HENRY JR.
VS. USA AND DOES 1 THROUGH 50

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED APR 21 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

**I. (a) PLAINTIFFS**
Dale K. Henry Jr.

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
In Pro Se

**DEFENDANTS**
United States of America and DOES 1 through 50, inclusive.

County of Residence of First Listed Defendant: Not applicable
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
'08 CV 0722 BTM AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☒ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. 2671, et seq.

Brief description of cause:
MEDICAL NEGLIGENCE AND LACK OF INFORMED CONSENT

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 04/21/2008 SIGNATURE OF ATTORNEY OF RECORD Dale K. Henry Jr. [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 150026 AMOUNT $350 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

NS 4/22