Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

APR 2 2 2008

DALE K. HENRY JR.

vs

UNITED STATES OF AMERICA
and DOES 1 through 50, inclusive,

SUMMONS IN A CIVIL ACTION
Case No. '08 CV 0722 BTM AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Dale Henry (In Pro Se)
P. O. Box 390512
San Diego, CA 92149
Telephone: 619.294.2918

An answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — CLERK

4/22/08 — DATE

By C. GUTTMANN, Deputy Clerk